**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cookson's Transmission City, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **75-1578356** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **723 E. Hwy 67**<br>**Duncanville, TX 75137** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Dallas** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)   _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **Cookson's Transmission City, Inc.**                                      Case number (*if known*) _____
    Name

---

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __8111__

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

Debtor    **Cookson's Transmission City, Inc.**                                    Case number (*if known*) _____
          _____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | Relationship | _____ |
| District _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

▬▬ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Cookson's Transmission City, Inc.**                                    Case number (*if known*)
Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  **Cookson's Transmission City, Inc.** _____    Case number (*if known*) _____
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 21, 2025** _____
             MM / DD / YYYY

**X** **/s/ Joey Carboni** _____        **Joey Carboni** _____
     Signature of authorized representative of debtor          Printed name

Title  **President** _____

**18. Signature of attorney**

**X** **/s/ Bryan C. Assink** _____    Date **August 21, 2025** _____
     Signature of attorney for debtor                        MM / DD / YYYY

**Bryan C. Assink** _____
Printed name

**Bonds Ellis Eppich Schafer Jones LLP** _____
Firm name

**420 Throckmorton Street, Suite 1000**
**Fort Worth, TX 76102** _____
Number, Street, City, State & ZIP Code

Contact phone  **817-405-6900** _____    Email address  **bryan.assink@bondsellis.com** _____

**24089009 TX** _____
Bar number and State

## UNANIMOUS WRITTEN CONSENT IN LIEU OF SPECIAL MEETING OF THE BOARD OF DIRECTORS OF COOKSON'S TRANSMISSION CITY, INC.

### Effective Date: August 20, 2025

The undersigned, being all of the members of the Board of Directors (the "***Board***") of **COOKSON'S TRANSMISSION CITY, INC.**, a Texas corporation (the "***Company***"), hereby waive notice of time, place, and purpose of a special meeting of the Board and hereby declare that when the undersigned have signed this Written Consent (this "***Consent***"), the following resolutions shall then be consented to, approved, and adopted to the same extent and with the same force and effect as if adopted at a special meeting of the Board, duly called and held for the purpose of acting upon a proposal to adopt such resolutions.

WHEREAS, the Board has considered presentations by the Company's management ("***Management***") and its legal and financial advisors (collectively, the "***Advisors***") regarding (a) the assets, the current and long-term liabilities, the historical performance, liquidity, and prospects of the Company, (b) the strategic alternatives available to the Company, and (c) the potential effects of the foregoing on the Company's business and stakeholders (collectively, the "***Strategic Alternatives***"); and

WHEREAS, the Board has received, reviewed, considered and discussed the recommendations of management and the Company's advisors and fully considered the strategic alternatives available to the Company, including the relative risks and benefits of pursuing bankruptcy proceedings under the provisions of chapter 11 of title 11 of the United State Code (the "***Bankruptcy Code***"), and has determined that it is desirable and in the best interests of the Company, its creditors, its stockholders and other interested parties and stakeholders that the Company file a voluntary petition for relief to commence a case (the "***Bankruptcy Case***") under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas (the "***Bankruptcy Court***").

**NOW THEREFORE, BE IT RESOLVED**, that the Company be, and hereby is, authorized, empowered, and directed to (i) file the Voluntary Petition pursuant to the Bankruptcy Code with Bankruptcy Court, or with any other appropriate bankruptcy court with jurisdiction; and (ii) perform any and all such acts as the Authorized Person (as defined below) determines to be necessary, required, advisable, or appropriate to effectuate the foregoing (the "***Related Actions***");

**RESOLVED FURTHER**, that any officer, director, manager, or other authorized person of the Company or any of their delegates (each individually, an "***Authorized Person***" and collectively, the "***Authorized Persons***") shall be, and each of them, acting alone, hereby is, authorized and empowered in the name of and on behalf of the Company to verify, modify (as necessary or desirable), execute, and/or file or cause to be filed the Petition, any ancillary documents, and all other schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing in such form or forms as any such Authorized Person may approve;

**RESOLVED, FURTHER**, that Joey Carboni, in his capacity as President of the Company, shall be an Authorized Person and is hereby authorized, empowered, and directed, for and in the name and on behalf of the Company, to (i) execute, file and deliver the Voluntary Petition, and (ii) perform any and all of the Related Actions;

**RESOLVED, FURTHER**, that each Authorized Person is hereby authorized, empowered, and directed, for and in the name and on behalf of the Company, to take such further actions and to execute, deliver, and file (i) such other documents, agreements, instruments, certificates, consents, instructions, and/or other assurances as may be necessary, required, advisable, or appropriate to consummate the Bankruptcy Case and as may be contemplated by the Voluntary Petition, and (ii) any supplements, modifications, or amendments to the Voluntary Petition as may, in the judgment of the Authorized Persons, be deemed necessary, required, advisable, or appropriate in connection with the Bankruptcy Case in each case, the Authorized Person's execution and delivery thereof to be conclusive evidence of such approval;

**RESOLVED, FURTHER**, that, in addition to, and without limiting in any manner, the authority granted by the Board hereunder, each Authorized Person is hereby authorized, empowered, and directed, for and in the name and on behalf of the Company, and with the authority to act without any other officer of the Company, to: (i) take, or cause to be taken, all such further action; (ii) do and perform, or cause to be done and performed, all such acts and things; (iii) execute and deliver, or cause to be executed and delivered, all such further documents, papers, agreements, instruments, certificates, consents, instructions, and/or other assurances of any type or description; and (iv) pay, or cause to be paid, any and all fees, charges, and costs of any type or description, all of which as may be necessary or advisable to effect the purposes and intent of the actions authorized and approved by the Board hereunder. The necessity, advisability, desirability, and propriety of the foregoing shall be conclusively established and evidenced by the actions taken by the Authorized Persons;

**RESOLVED FURTHER**, that each of the Authorized Persons, acting individually and with full power of substitution, be, and hereby is, authorized, empowered and directed to retain the following professionals on behalf of the Company: (i) Bryan Assink and the law firm of Bonds Ellis Eppich Schafer Jones LLP, as general bankruptcy counsel; and (ii) any other legal counsel, accountants, brokers, financial advisors, restructuring advisors, or other professionals as such Authorized Person deems necessary, appropriate, or advisable to represent and assist the Company in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and any applicable law (including, but not limited to, the law firms filing any pleadings or responses) and to take any and all actions to advance the rights and obligations of the Company, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Persons be, and hereby is authorized, empowered, and directed, in accordance with the terms and conditions hereof, to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain such services;

**RESOLVED FURTHER**, that each of the Authorized Persons be, and hereby are, authorized and empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, or other papers, and to perform such further actions and execute such further documentation that the Authorized Persons in their absolute discretion deem necessary,

appropriate, or desirable in accordance with these resolutions;

**RESOLVED FURTHER**, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice;

**RESOLVED, FURTHER**, that all actions of any nature whatsoever heretofore taken by the Authorized Persons and by each of the officers, agents, attorneys, and other representatives of the Company incidental to, contemplated by, arising out of or in connection with or otherwise relating to the actions authorized and approved by the Board hereunder are each hereby authorized, approved, ratified, confirmed, and adopted in all respects; and

**RESOLVED, FURTHER**, that this Consent may be executed in one or more counterparts (including by facsimile, email, PDF, or other electronic transmission), each of which will be deemed an original but all of which together will constitute one and the same instrument.

**[SIGNATURE PAGE FOLLOWS]**

**IN WITNESS WHEREOF**, the undersigned Board of the Company has executed this Consent to be effective as of the Effective Date.

By: _____

Joey Carboni

Sole Director of Cookson's Transmission City, Inc.

## COOKSON'S TRANSMISSION CITY INC.
### Cash Flow Forecast
January 1 through July 19, 2025

| | Accnts Receivable | Accnts Payable | Bank Accnts | Net Inflows | Proj Balance |
|---|---|---|---|---|---|
| Beginning Balance | 0.00 | 152.01 | 78,792.98 | | 78,640.97 |
| Jan 1 - 4, 25 | 0.00 | 0.00 | 1,656.74 | 1,656.74 | 80,297.71 |
| Week of Jan 5, 25 | 0.00 | 0.00 | -9,302.72 | -9,302.72 | 70,994.99 |
| Week of Jan 12, 25 | 0.00 | 0.00 | -14,446.86 | -14,446.86 | 56,548.13 |
| Week of Jan 19, 25 | 0.00 | 161.74 | -12,639.61 | -12,801.35 | 43,746.78 |
| Week of Jan 26, 25 | 0.00 | 0.00 | -10,273.84 | -10,273.84 | 33,472.94 |
| Week of Feb 2, 25 | 0.00 | 0.00 | -3,370.23 | -3,370.23 | 30,102.71 |
| Week of Feb 9, 25 | 0.00 | 807.63 | 8,066.16 | 7,258.53 | 37,361.24 |
| Week of Feb 16, 25 | 0.00 | 62.58 | -18,364.12 | -18,426.70 | 18,934.54 |
| Week of Feb 23, 25 | 0.00 | 309.80 | 10,539.69 | 10,229.89 | 29,164.43 |
| Week of Mar 2, 25 | 0.00 | 751.62 | 10,959.83 | 10,208.21 | 39,372.64 |
| Week of Mar 9, 25 | 0.00 | 2,125.01 | -13,596.58 | -15,721.59 | 23,651.05 |
| Week of Mar 16, 25 | 0.00 | 711.87 | 1,635.96 | 924.09 | 24,575.14 |
| Week of Mar 23, 25 | 0.00 | 19.99 | -1,907.66 | -1,927.65 | 22,647.49 |
| Week of Mar 30, 25 | 0.00 | 79.99 | -13,976.05 | -14,056.04 | 8,591.45 |
| Week of Apr 6, 25 | 0.00 | 450.05 | 996.66 | 546.61 | 9,138.06 |
| Week of Apr 13, 25 | 0.00 | 0.00 | 4,361.72 | 4,361.72 | 13,499.78 |
| Week of Apr 20, 25 | 0.00 | 0.00 | -3,369.54 | -3,369.54 | 10,130.24 |
| Week of Apr 27, 25 | 0.00 | 0.00 | 8,432.04 | 8,432.04 | 18,562.28 |
| Week of May 4, 25 | 0.00 | 0.00 | -6,873.30 | -6,873.30 | 11,688.98 |
| Week of May 11, 25 | 0.00 | 0.00 | -2,820.69 | -2,820.69 | 8,868.29 |
| Week of May 18, 25 | 0.00 | 0.00 | 1,869.66 | 1,869.66 | 10,737.95 |
| Week of May 25, 25 | 0.00 | 55.21 | -3,625.84 | -3,681.05 | 7,056.90 |
| Week of Jun 1, 25 | 0.00 | 0.01 | -2,620.95 | -2,620.96 | 4,435.94 |
| Week of Jun 8, 25 | 0.00 | 0.01 | 2,569.57 | 2,569.56 | 7,005.50 |
| Week of Jun 15, 25 | 0.00 | 0.00 | 4,972.81 | 4,972.81 | 11,978.31 |
| Week of Jun 22, 25 | 0.00 | 105.44 | -5,221.55 | -5,326.99 | 6,651.32 |
| Week of Jun 29, 25 | 0.00 | 8,097.40 | 0.00 | -8,097.40 | -1,446.08 |
| Week of Jul 6, 25 | 0.00 | 1,941.73 | 0.00 | -1,941.73 | -3,387.81 |
| Week of Jul 13, 25 | 0.00 | 0.00 | 0.00 | 0.00 | -3,387.81 |
| Jan 1 - Jul 19, 25 | 0.00 | 15,680.08 | -66,348.70 | -82,028.78 | |
| Ending Balance | 0.00 | 15,832.09 | 12,444.28 | | -3,387.81 |

3:38 PM

06/27/25

Cash Basis

# COOKSON'S TRANSMISSION CITY INC.
## Balance Sheet
### As of June 27, 2025

| | Jun 27, 25 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| FROST BANK 980118982 | 3,157.38 |
| FROST BANK SAVINGS | 176.23 |
| FROST BANK CHECKING XX1939 | 9,324.67 |
| CITY CREDIT UNION | 461.44 |
| WELLS FARGO 3350 | 43.07 |
| PETTY CASH | -718.51 |
| **Total Checking/Savings** | 12,444.28 |
| | |
| **Other Current Assets** | |
| EMPLOYEE ADVANCES | 7,800.96 |
| INVENTORY | 17,800.00 |
| **Total Other Current Assets** | 25,600.96 |
| **Total Current Assets** | 38,045.24 |
| | |
| **Fixed Assets** | |
| **Property & Equipment** | |
| LAND | ~~35,240.00~~  $801,160.00 |
| EQUIPMENT | 383,961.57 |
| **VEHICLES** | *Trying to figure out how to put it in.* |
| GM FINANCIAL WHITE TRUCK 2021 | 54,815.14 |
| GM FINANCIAL RED TRUCK 2021 | 47,734.02 |
| 2024 GM FINANCIAL WHITE | 94,923.85 |
| GM FINANCIAL WHITE 2023 | 5,238.48 |
| GM FINANCIAL      RED 2021 | -877.83 |
| GM FINANCIAL    WHITE 2021 | -930.69 |
| **Total VEHICLES** | 200,902.97 |
| | |
| BUILDING | 1,349,581.00 |
| Accumulated Depreciation | -974,167.63 |
| Property & Equipment - Other | 10.00 |
| **Total Property & Equipment** | 995,527.91 |
| **Total Fixed Assets** | 995,527.91 |
| | |
| **Other Assets** | |
| LOANS TO SHARE HOLDERS | 29,615.09 |
| **Total Other Assets** | 29,615.09 |
| **TOTAL ASSETS** | 1,063,188.24 |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 1,572.23 |
| **Total Accounts Payable** | 1,572.23 |
| | |
| **Other Current Liabilities** | |
| N/P - JOEY CARBONI | 152,008.06 |
| N/P - FUNDWORKS | 61,425.71 |
| Hanmi Bank Loan | 1,854.39 |
| **ON DECK LOAN** | |
| On Deck xx7924366 | -23,940.73 |
| On Deck #134718 | 53,546.65 |
| **Total ON DECK LOAN** | 29,605.92 |
| | |
| GM FINANCIAL RED TRUCK 2021 | 18,129.22 |
| GM FINANCIAL WHITE TRUCK 2021 | 19,019.04 |
| GM FINANCIAL WHITE TRUCK 2024 | 70,640.36 |
| LOAN | 39,928.21 |

3:38 PM

**COOKSON'S TRANSMISSION CITY INC.**

06/27/25

**Balance Sheet**

Cash Basis

As of June 27, 2025

|  | Jun 27, 25 |
|---|---|
| LOAN TO COOKSONS | -40,000.00 |
| Payroll Liabilities | -8,025.12 |
| **Total Other Current Liabilities** | 344,585.79 |
| **Total Current Liabilities** | 346,158.02 |
| Long Term Liabilities |  |
| PROPEL FINANCIAL SERVICES | 88,412.36 |
| SBA LOAN | 446,200.00 |
| **Total Long Term Liabilities** | 534,612.36 |
| **Total Liabilities** | 880,770.38 |
| Equity |  |
| TRADE IN | -72,251.45 |
| INSURANCE PAYOFF | 61,255.04 |
| Treasury Stock | -350,000.00 |
| Opening Bal Equity | 116,619.74 |
| OPENING BALANCE EQUITY | 111,959.16 |
| Retained Earnings | 330,632.00 |
| Net Income | -15,796.63 |
| **Total Equity** | 182,417.86 |
| **TOTAL LIABILITIES & EQUITY** | 1,063,188.24 |

3:38 PM
06/27/25
Cash Basis

# COOKSON'S TRANSMISSION CITY INC.
## Profit & Loss
### January 1 through June 27, 2025

|  | Jan 1 - Jun 27, 25 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| INTEREST INCOME | 29.08 |
| Uncategorized Income | 1,500.00 |
| **DAILY SALES** | |
| CREDIT CARD NEW | 278,232.88 |
| CHECKS\CASH | 127,326.08 |
| CREDIT CARD WHOLESALE | 4,819.87 |
| CREDIT CARDS OLD | 2,590.00 |
| **Total DAILY SALES** | 412,968.83 |
| REFUNDS | 150.00 |
| **Total Income** | 414,647.91 |
| **Expense** | |
| SUPPLIES | -297.76 |
| PARTS-TRANSMISSION | 127,741.96 |
| Reconciliation Discrepancies | -8,463.15 |
| **BANK SERVICE CHARGE** | |
| CREDIT CARD FEE | 1,401.48 |
| BANK SERVICE CHARGE - Other | 5,017.16 |
| **Total BANK SERVICE CHARGE** | 6,418.64 |
| CORES | 300.00 |
| INSURANCE | 8,502.60 |
| **INTEREST** | |
| GM WHITE TRUCK 2024 | 1,126.66 |
| ON DECK 4/25/24 | 2,499.75 |
| **Total INTEREST** | 3,626.41 |
| LAUNDRY AND UNIFORM | 6,180.64 |
| OFFICE EXPENSE | 3,443.25 |
| OUTSIDE SERVICES | 3,940.67 |
| Payroll Expenses | 196,438.07 |
| **Professional Fees** | |
| Accounting | 3,554.83 |
| Legal Fees | 20,054.59 |
| Professional Fees - Other | 1,903.04 |
| **Total Professional Fees** | 25,512.46 |
| REFUND | -361.43 |
| REPAIR AND MAINTANCE | 312.89 |
| SECURITY | 1,170.60 |
| SHIPPING | 134.62 |
| **SHOP TRUCK EXPENSE** | |
| GAS EXPENSE | 3,218.63 |
| SHOP TRUCK EXPENSE - Other | 1,770.89 |
| **Total SHOP TRUCK EXPENSE** | 4,989.52 |
| **TAX** | |
| SALES TAX | 10,514.95 |
| TAX - Other | 2,812.03 |
| **Total TAX** | 13,326.98 |
| TELEPHONE | 3,551.03 |
| TOOLS | 3,557.75 |
| TOWING | 2,288.10 |
| UTILITY | 23,618.47 |
| VOID | 0.00 |
| WASTE DISPOSAL | 2,111.16 |
| **Total Expense** | 428,043.48 |
| **Net Ordinary Income** | -13,395.57 |

3:38 PM

06/27/25

Cash Basis

# COOKSON'S TRANSMISSION CITY INC.

## Profit & Loss

### January 1 through June 27, 2025

|  | Jan 1 - Jun 27, 25 |
|---|---|
| **Other Income/Expense** | |
| **Other Income** | |
| Gain/Loss on Sale of Asset | -2,401.06 |
| **Total Other Income** | -2,401.06 |
| **Net Other Income** | -2,401.06 |
| **Net Income** | -15,796.63 |

# FOR TAX YEAR 2023

COOKSON'S TRANSMISSION CITY

VCruz CPA PC

3712 Old Denton Rd Suite 112

Carrollton, TX 75007

(972)681-7295

# VCruz CPA PC

3712 Old Denton Rd Suite 112
Carrollton, TX 75007
info@veruzcpa.com
Phone: (972)681-7295  |  Fax:

September 13, 2024

Cookson's Transmission City
723 E Hwy 67
Duncanville, TX 75137

Joey:

Enclosed is the 2023 Form 1120-S, U.S. Income Tax Return for an S Corporation, prepared for Cookson's Transmission City from the information provided. This return will be e-filed with the IRS once we receive a signed Form 8879-CORP, IRS e-file Authorization for Corporations.

The corporation's federal return reflects neither a refund nor a balance due.

Enclosed is the corporation's 2024 Texas No Tax Due Information return, prepared for Cookson's Transmission City from the information provided. This return will be e-filed with the Texas taxing authority.

The corporation's Texas No Tax Due Information return reflects neither a refund nor a balance due.

Enclosed are letters, copies of Schedule K-1, and any supplemental information, to be distributed to the shareholders.

Thank you for the opportunity to be of service. For further assistance with your tax return needs, contact our office at (972)681-7295.

Sincerely,

Veronica Cruz-Miranda
VCruz CPA PC

| Acknowledgement and General Information for Entities That File Returns Electronically | **2023** |
|---|---|
| Name(s) as shown on return | Tax ID Number |
| Cookson's Transmission City | **-***8356 |

Entity address

723 E Hwy 67

Duncanville, TX 75137

**Thank you for participating in IRS e-file.**

1. [X] 2023 __7004__ income tax return for __Federal__ was filed electronically.
   The electronic filing services were provided by __VCruz CPA PC__

2. [X] __7004__ income tax return was accepted on __03-13-2024__ using a Personal Identification Number (PIN) as an electronic signature. The entity entered a PIN or authorized the Electronic Return Originator (ERO) to enter or generate a PIN signature. The submission ID assigned to this return is __7517512024073jip03i1__

**PLEASE DO NOT SEND A PAPER COPY OF ENTITY'S RETURN TO THE IRS. IF YOU DO, IT WILL DELAY THE PROCESSING OF THE RETURN.**

EF_ACK.LD

Form **1120-S**

**U.S. Income Tax Return for an S Corporation**

OMB No. 1545-0123

Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
Go to *www.irs.gov/Form1120S* for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

**2023**

For calendar year 2023 or tax year beginning _____, 2023, ending _____, 20 _____

| | | |
|---|---|---|
| **A** S election effective date 01-01-2015 | **Name** Cookson's Transmission City | **D** Employer identification number 75-1578356 |
| **B** Business activity code number (see instructions) 811110 | TYPE OR PRINT | **Number, street, and room or suite no.** If a P.O. box, see instructions. 723 E Hwy 67 | **E** Date incorporated 01-01-1978 |
| **C** Check if Sch. M-3 attached ☐ | | **City or town, state or province, country, and ZIP or foreign postal code** Duncanville          TX    75137 | **F** Total assets (see instructions) $ 1,637,941 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . . 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| | | | |
|---|---|---|---|
| **Income** | **1 a** Gross receipts or sales | 1,077,981 | **b** Less returns and allowances _____ | **c** Balance | **1c** | 1,077,981 |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . | **2** | 375,562 |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . | **3** | 702,419 |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . | **4** | |
| | **5** Other income (loss) (see instructions - attach statement) . . . . | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . | **6** | 702,419 |
| **Deductions (see instructions for limitations)** | **7** Compensation of officers (see instructions - attach Form 1125-E) . | **7** | |
| | **8** Salaries and wages (less employment credits) . . . . . . . . . | **8** | 471,867 |
| | **9** Repairs and maintenance . . . . . . . . . . . . . . . . . . | **9** | 3,806 |
| | **10** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| | **11** Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| | **12** Taxes and licenses (see instructions)       Wks.Tax/Lic. | **12** | 33,785 |
| | **13** Interest (see instructions) . . . . . . . . . . . . . . . . . | **13** | |
| | **14** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | |
| | **15** Depletion (**Do not deduct oil and gas depletion.**) . . . . . . | **15** | |
| | **16** Advertising . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
| | **17** Pension, profit-sharing, etc., plans . . . . . . . . . . . . . | **17** | |
| | **18** Employee benefit programs . . . . . . . . . . . . . . . . . | **18** | |
| | **19** Energy efficient commercial buildings deduction (attach Form 7205) | **19** | |
| | **20** Other deductions (attach statement) . . . . . . . . Statement #2 . | **20** | 157,139 |
| | **21** **Total deductions.** Add lines 7 through 20 . . . . . . . . . | **21** | 666,597 |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 6 . | **22** | 35,822 |
| **Tax and Payments** | **23 a** Excess net passive income or LIFO recapture tax (see instructions) | **23a** | | |
| | **b** Tax from Schedule D (Form 1120-S) . . . . . . . . . | **23b** | | |
| | **c** Add lines 23a and 23b (see instructions for additional taxes) . . | | **23c** | |
| | **24 a** Current year's estimated tax payments and preceding year's overpayment credited to the current year . . . . . . | **24a** | | |
| | **b** Tax deposited with Form 7004 . . . . . . . . . . . | **24b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) . | **24c** | | |
| | **d** Elective payment election amount from Form 3800 . . | **24d** | | |
| | **z** Add lines 24a through 24d . . . . . . . . . . . . . . . . . | | **24z** | |
| | **25** Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . ☐ | | **25** | |
| | **26** **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed . . . | | **26** | |
| | **27** **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid . . . | | **27** | |
| | **28** Enter amount from line 27: **Credited to 2024 estimated tax** _____ Refunded ▶ | | **28** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | |
|---|---|---|
| ▶ Joey Carboni | | ▶ President |
| Signature of officer | Date | Title |

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name Veronica Cruz-Miranda | Preparer's signature Veronica Cruz-Miranda | Date 09-13-2024 | Check ☐ if self-employed | PTIN P00785130 |
|---|---|---|---|---|
| Firm's name ▶ VCruz CPA PC | | | Firm's EIN ▶ 83-1165188 |
| Firm's address ▶ 3712 Old Denton Rd Suite 112 Carrollton TX 75007 | | | Phone no. (972) 681-7295 |

For Paperwork Reduction Act Notice, see separate instructions.

EEA

Form **1120-S** (2023)

Draft Copy

Form 1120-S (2023)   Cookson's Transmission City                                      75-1578356                Page **2**

## Schedule B | Other Information (see instructions)

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1 | Check accounting method: **a** ☒ Cash  **b** ☐ Accrual | | | | |
| | **c** ☐ Other (specify) _____ | | | | |
| 2 | See the instructions and enter the: | | | | |
| | **a** Business activity ▸ Transmission Repair    **b** Product or service ▸ Services | | | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . . . . | | | | | |
| 4 | At the end of the tax year, did the corporation: | | | | | |
| | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| | **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . | | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . | | | |
| | If "Yes," complete lines (i) and (ii) below. | | | |
| | **(i)** Total shares of restricted stock . . . . . . . . . _____ | | | |
| | **(ii)** Total shares of non-restricted stock . . . . . . . _____ | | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . . . | | | |
| | If "Yes," complete lines (i) and (ii) below. | | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year . . . . . _____ | | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed  . . . _____ | | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . ▸ ☐ | | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . ▸ $ _____ | | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions  . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 10 | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . | | | |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. | | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | | |
| | If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). | | | |
| 11 | Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . . | | | X |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000. | | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | | |

EEA                                                                                        Form **1120-S** (2023)

Print Copy

Form 1120S (2023)    Cookson's Transmission City                    75-1578356        Page **3**

| Schedule B | Other Information (see instructions) *(continued)* | | | Yes | No |
|---|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | | |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . . . . . . . $ | | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . . | | | | |
| 14 a | Did the corporation make any payments in 2023 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . | | | | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . | | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . . . . $ | | | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions . . . . . . | | | ☐ | ☐ |

| Schedule K | | Shareholders' Pro Rata Share Items | | | | Total amount |
|---|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) . . . . . . . . . . . . . . . . | | | 1 | 35,822 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . . . . | | | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . . . . . . | 3a | | | |
| | b | Expenses from other rental activities (attach statement) . . . | 3b | | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . . . . . . . . | | | 3c | |
| | 4 | Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 4 | |
| | 5 | Dividends: a Ordinary dividends . . . . . . . . . . . . . . . . . . . . | | | 5a | |
| | | b Qualified dividends . . . . . . . . . . . . . | 5b | | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . . | | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . . | | | 8a | |
| | b | Collectibles (28%) gain (loss) (attach statement) . . . . . . | 8b | | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . . . | 8c | | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . . . . . . . | | | 9 | |
| | 10 | Other income (loss) (see instructions) . . . . . . . . Type: | | | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . . . . . . . . . . . | | | 11 | |
| | 12a | Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . | | | 12a | |
| | b | Investment interest expense . . . . . . . . . . . . . . . . . . . . . . . | | | 12b | |
| | c | Section 59(e)(2) expenditures . . . . . . . . . . Type: | | | 12c | |
| | d | Other deductions (see instructions) . . . . . . . . Type: | | | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . . . . . . | | | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . . . . . . . . . . . . . | | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . | | | 13c | |
| | d | Other rental real estate credits (see instructions) . . . . Type: | | | 13d | |
| | e | Other rental credits (see instructions) . . . . . . . . Type: | | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . . . . . . . . . | | | 13f | |
| | g | Other credits (see instructions) . . . . . . . . . . Type: | | | 13g | |
| **International** | 14 | Qualified for exception to filing Schedule K-2 | | | | |
| | | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items - International, and check this box to indicate you are reporting items of international tax relevance . . . . . . . . . . . ☐ | | | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . . . . . . . . . . . . . | | | 15a | |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . . . . | | | 15b | |
| | c | Depletion (other than oil and gas) . . . . . . . . . . . . . . . . . . . . | | | 15c | |
| | d | Oil, gas, and geothermal properties - gross income . . . . . . . . . . . . . . | | | 15d | |
| | e | Oil, gas, and geothermal properties - deductions . . . . . . . . . . . . . . . | | | 15e | |
| | f | Other AMT items (attach statement) . . . . . . . . . . . . . . . . . . . . | | | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income . . . . . . . . . . . . . . . . . . . . . . . | | | 16a | |
| | b | Other tax-exempt income . . . . . . . . . . . . . . . . . . . . . . . . | | | 16b | |
| | c | Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . . | | | 16c | |
| | d | Distributions (attach statement if required) (see instructions) . . . . . . . . . . | | | 16d | |
| | e | Repayment of loans from shareholders . . . . . . . . . . . . . . . . . . . | | | 16e | |
| | f | Foreign taxes paid or accrued . . . . . . . . . . . . . . . . . . . . . . | | | 16f | |

EEA                                                                Form **1120-S** (2023)

Form 1120-S (2023) Cookson's Transmission City       75-1578356     Page **4**

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Other Information** | 17a Investment income . . . . . . . . . . . . . . . . . . | 17a | |
| | b Investment expenses . . . . . . . . . . . . . . . . . | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits . . . . . . . . . . . . . . | 17c | |
| | d Other items and amounts (attach statement)      Statement #18 | | |
| **Reconciliation** | 18 **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f . . . . . . . . . . . . . . . . | 18 | 35,822 |

| Schedule L | Balance Sheets per Books | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) | |

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 83,155 | | 118,153 |
| 2a | Trade notes and accounts receivable . . . . . | | | | |
| b | Less allowance for bad debts . . . . . . . . | ( ) | | ( ) | |
| 3 | Inventories . . . . . . . . . . . . . . . | | 17,800 | | 17,800 |
| 4 | U.S. government obligations . . . . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . . | | | | |
| 6 | Other current assets (attach statement) . . . . . | Statement #19 | 0 | Statement #19 | 0 |
| 7 | Loans to shareholders . . . . . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . . . . | | | | |
| 9 | Other investments (attach statement) . . . . . | | | | |
| 10a | Buildings and other depreciable assets . . . . | 1,466,748 | | 1,466,748 | |
| b | Less accumulated depreciation . . . . . . . | ( 627,102 ) | 839,646 | ( 0 ) | 1,466,748 |
| 11a | Depletable assets . . . . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . . . . . . | | 35,240 | | 35,240 |
| 13a | Intangible assets (amortizable only) . . . . . | | | | |
| b | Less accumulated amortization . . . . . . . | ( ) | | ( ) | |
| 14 | Other assets (attach statement) . . . . . . . | | | | |
| 15 | Total assets . . . . . . . . . . . . . . . | | 975,841 | | 1,637,941 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . . . . . | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year . . | | | | |
| 18 | Other current liabilities (attach statement) . . . | | | | |
| 19 | Loans from shareholders . . . . . . . . . | | 470,551 | | 470,551 |
| 20 | Mortgages, notes, bonds payable in 1 year or more . . | | 608,627 | | 608,627 |
| 21 | Other liabilities (attach statement) . . . . . . | Statement #23 | 0 | Statement #23 | 0 |
| 22 | Capital stock . . . . . . . . . . . . . . | | 1,000 | | 1,000 |
| 23 | Additional paid-in capital . . . . . . . . . | | | | |
| 24 | Retained earnings . . . . . . . . . . . . | | (104,337) | | 557,763 |
| 25 | Adjustments to shareholders' equity (attach statement) . . | | | | |
| 26 | Less cost of treasury stock . . . . . . . . | ( ) | | ( ) | |
| 27 | Total liabilities and shareholders' equity . . . . . . | | 975,841 | | 1,637,941 |

EEA        Form **1120-S** (2023)

Form 1120-S (2023)   Cookson's Transmission City                    75-1578356              Page **5**

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . | 662,924 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest $ _____ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ _____ | | a | Depreciation $ _____ 627,102 | |
| b | Travel and entertainment  $ _____ | | | | 627,102 |
| | | | 7 | Add lines 5 and 6 . . . . . . . . . . | 627,102 |
| 4 | Add lines 1 through 3 . . . . . . . . . . | 662,924 | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 35,822 |

### Schedule M-2 — Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account

(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . . . . . | (76,283) | | | (28,054) |
| 2 | Ordinary income from page 1, line 22 . . . . . . . . | 35,822 | | | |
| 3 | Other additions . . . . . . . . . . . | | | | |
| 4 | Loss from page 1, line 22 . . . . . . . | ( ) | | | |
| 5 | Other reductions . . . . . . . . . . | ( ) | | ( ) | ( ) |
| 6 | Combine lines 1 through 5 . . . . . . . . | (40,461) | | | (28,054) |
| 7 | Distributions . . . . . . . . . . . | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . . . . | (40,461) | | | (28,054) |

EEA                                                                Form **1120-S** (2023)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.

▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

Name

Cookson's Transmission City

Employer identification number

75-1578356

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 17,800 |
| 2 | Purchases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 375,562 |
| 3 | Cost of labor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Additional section 263A costs (attach schedule) . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Other costs (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 393,362 |
| 7 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 17,800 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions . . . . . . . . . . . . . . . . | 8 | 375,562 |

9a Check all methods used for valuing closing inventory:

(i) ☐ Cost

(ii) ☐ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation.)   ▶

b Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . ▶ ☐

d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9d

e If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . ☐ Yes  ☒ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes,"
attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

Client Copy

For Paperwork Reduction Act Notice, see instructions

EEA

Form **1125-A** (Rev. 11-2018)

671121

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2023**

For calendar year 2023, or tax year

beginning _____ 2023 _____ ending _____

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Shareholder's Share of Income, Deductions, Credits, etc.**

See separate instructions.

| | **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|---|

| | | |
|---|---|---|
| 1 | Ordinary business income (loss) | 35,822 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |

| | |
|---|---|
| 13 | Credits |
| 14 | Schedule K-3 is attached if checked ☐ |
| 15 | Alternative minimum tax (AMT) items |
| 16 | Items affecting shareholder basis |
| 17 | Other information |
| AC | 1,077,981 |
| V* | STMT |

**Part I   Information About the Corporation**

**A** Corporation's employer identification number
75-1578356

**B** Corporation's name, address, city, state, and ZIP code
Cookson's Transmission City

723 E Hwy 67

Duncanville          TX  75137

**C** IRS Center where corporation filed return
Ogden

**D** Corporation's total number of shares

Beginning of tax year . . . . . . . . . 1,000

End of tax year . . . . . . . . . . 1,000

**Part II   Information About the Shareholder**

**E** Shareholder's identifying number
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

**F** Shareholder's name, address, city, state, and ZIP code
Joey Carboni

1204 Crestdell Dr
Duncanville          TX  75137

**G** Current year allocation percentage       100.00000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . . . . . 1,000
End of tax year . . . . . . . . . . 1,000

**I** Loans from shareholder
Beginning of tax year . . . . . . . . . $ _____
End of tax year . . . . . . . . . . $ _____

| | |
|---|---|
| 11 | Section 179 deduction |
| 12 | Other deductions |

For IRS Use Only

| | |
|---|---|
| 18 | More than one activity for at-risk purposes* |
| 19 | More than one activity for passive activity purposes* |

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.
EEA
www.irs.gov/Form1120S
Schedule K-1 (Form 1120-S) 2023

Client Copy

# STATEMENT A - QBI Pass-through Entity Reporting

Information Reported in Accordance with Section 199A-6
Schedule K-1, Line 17, Code V
(This page is e-filed with the return. Include it if paper-filing.)

Name(s) as shown on return
Cookson's Transmission City

Name(s) as shown on K1
Joey Carboni

| | Taxpayer Identification Number | | | | | 2023 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Tax ID Number 75-1578356 |
| | | | | | | Tax ID Number 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 |

| Line No. | Description of Trade or Business | | | | | PTP | Aggregated | SSTB |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | Cookson's Transmission City | | | | 75-1578356 | | | No |

| LINE NUMBER | NO. 1 | NO. ___ | NO. ___ | NO. ___ | NO. ___ | NO. ___ |
| --- | --- | --- | --- | --- | --- | --- |
| Ordinary Business Income (Loss) | 35,822 | | | | | |
| Rental Income (Loss) | | | | | | |
| Royalty Income (Loss) | | | | | | |
| Section 1231 Gain (Loss) | | | | | | |
| Other Income (Loss) | | | | | | |
| Section 179 | | | | | | |
| Other Deductions | | | | | | |
| W-2 Wages | 471,867 | | | | | |
| Unadjusted Basis Immediately After Acquisition | | | | | | |
| Section 199A (REIT) Dividends | | | | | | |

K1_QBIS-LD

| Form **7004** | **Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns** | |
|---|---|---|
| (Rev. December 2018) Department of the Treasury Internal Revenue Service | ▶ File a separate application for each return. ▶ Go to *www.irs.gov/Form7004* for instructions and the latest information. | OMB No. 1545-0233 |

**Print or Type**

| Name | Identifying number |
|---|---|
| Cookson's Transmission City | 75-1578356 |

Number, street, and room or suite no. (If P.O. box, see instructions.)
723 E Hwy 67

City, town, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
Duncanville            TX    75137

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

**Part I    Automatic Extension for Certain Business Income Tax, Information, and Other Returns.** See instructions.

1    Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . . . . . . . `2` `5`

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

**Part II    All Filers Must Complete This Part**

2    If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

3    If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
     If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4    If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . ▶ ☐

5a   The application is for calendar year 20 `23` , or tax year beginning _____ , 20 ____ , and ending _____ , 20 ____

  b  **Short tax year.** If this tax year is less than 12 months, check the reason:  ☐ Initial return   ☐ Final return
     ☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions-attach explanation.)

| | | | | |
|---|---|---|---|---|
| 6 | **Tentative total tax** . . . . . . . . . . . . . . . . . . . . . | | 6 | 0 |
| 7 | **Total** payments and credits. See instructions . . . . . . . . . . . . . . . | | 7 | 0 |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . . . . . . . . | | 8 | 0 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                    Form **7004** (Rev. 12-2018)

EEA

client copy

| **Federal Supporting Statements** | **2023** | **PG01** |
|---|---|---|

Name(s) as shown on return

Cookson's Transmission City

Tax ID Number

75-1578356

Form 1120S - Line 20 - Other Deductions          Statement #2

| Description | Amount |
|---|---|
| Accounting | 5,750 |
| Automobile and Truck Expense | 23,652 |
| Bank Charges | 36,075 |
| Insurance | 18,242 |
| Legal and Professional | 3,000 |
| Miscellaneous | 130 |
| Office Expense | 14,148 |
| Outside Services/Sub Contractors | 21,492 |
| Postage/Shipping | 16 |
| Security | 2,113 |
| Tools | 10,844 |
| Uniforms | 13,353 |
| Utilities | 50,440 |
| Waste Removal | 3,417 |
| Descrepancy | (45,533) |
| **Total** | **157,139** |

Client Copy

STM.LD

| | **Federal Supporting Statements** | 2023 | PAGE 1 |
| --- | --- | --- | --- |
| Name(s) as shown on return | | Tax ID Number | |
| Cookson's Transmission City | | 75-1578356 | |

Schedule K - Line 17d - Other Items                Statement #18

Description                                                                    Amount
Gross receipts for sec. 448(c)                                          1,077,981



STM.LD

| **Federal Supporting Statements** | | **2023** | **PG01** |
|---|---|---|---|
| Name(s) as shown on return | | Tax ID Number | |
| Cookson's Transmission City | | | 75-1578356 |

### Schedule L - Line 6 - Other Current Assets

Statement #19

| Description | Beg Of Year | End Of Year |
|---|---|---|
| **Total** | | |



Client Copy

STM.LD

| Name(s) as shown on return | **Federal Supporting Statements** | 2023 | PG01 |
|---|---|---|---|
| Cookson's Transmission City | | Tax ID Number | 75-1578356 |

Schedule L - Line 21 - Other Liabilities

Statement #23

Description  Beg Of Year  End Of Year

**Total**



Client Copy

STM.LD

| | Taxes and Licenses Attachment | **2023** |
|---|---|---|
| | (This page is not filed with the return. It is for your records only.) | |

**S CORPORATION NAME**

Cookson's Transmission City

**EIN**

75-1578356

**Taxes and Licenses**                          Form 1120S

**Page 1, Line 12**

| | | | |
|---|---|---|---:|
| 1 | State income taxes | 1 | |
| 2 | State franchise taxes | 2 | |
| 3 | PTE taxes | 3 | |
| 4 | City income taxes | 4 | |
| 5 | City franchise taxes | 5 | |
| 6 | Local property taxes | 6 | 663 |
| 7 | Intangible property taxes | 7 | |
| 8 | Payroll taxes | 8 | |
| 9 | Less: credit from Form 8846 | 9 | |
| 10 | Foreign taxes paid | 10 | |
| 11 | Occupancy taxes | 11 | |
| 12 | Other miscellaneous taxes | 12 | 33,122 |
| 13 | Built in gains tax allocated to ordinary income | 13 | |
| 14 | Licenses | 14 | |
| | | | |
| 15 | Total to Form 1120S, Page 1, Line 12 | 15 | 33,785 |

Client Copy

ATT_STL.LD

| | 1120S TAX RETURN COMPARISON 2021 / 2022 / 2023 (This page is not filed with the return. It is for your records only.) | 2023 |
|---|---|---|

Name(s) as shown on return
**Cookson's Transmission City**

Identifying number
75-1578356

| Income | 2021 FEDERAL | 2022 FEDERAL | 2023 FEDERAL | DIFFERENCE BETWEEN 2022 & 2023 |
|---|---|---|---|---|
| Net receipts . . . . . . . . . . . | 1,131,538 | 1,235,301 | 1,077,981 | (157,320) |
| Cost of goods sold . . . . . . . | 425,303 | 475,122 | 375,562 | (99,560) |
| Gross profit . . . . . . . . . . | 706,235 | 760,179 | 702,419 | (57,760) |
| Net gain/loss from 4797 . . . . | | | | |
| Other income . . . . . . . . . | | | | |
| **Total Income** | 706,235 | 760,179 | 702,419 | (57,760) |
| **Deductions** | | | | |
| Compensation of officers . . . . . . . | | | | |
| Salaries and wages . . . . . . | 368,344 | 471,614 | 471,867 | 253 |
| Repairs and maintenance . . . | 12,082 | 5,996 | 3,806 | (2,190) |
| Bad debts . . . . . . . . . . | | | | |
| Rents . . . . . . . . . . . . | | | | |
| Taxes and licenses . . . . . . | 82,053 | 80,037 | 33,785 | (46,252) |
| Interest . . . . . . . . . . . | 49,966 | | | |
| Net depreciation . . . . . . . | 38,212 | | | |
| Depletion . . . . . . . . . . | | | | |
| Advertising . . . . . . . . . | 2,594 | | | |
| Pension, profit-sharing . . . . | | 9,867 | | (9,867) |
| Employee benefits . . . . . . | | | | |
| Other deductions . . . . . . . | 202,241 | 253,273 | 157,139 | (96,134) |
| **Total deductions** . . . . . . . . | 755,492 | 820,787 | 666,597 | (154,190) |
| **Ordinary business income(loss)** | (49,257) | (60,608) | 35,822 | 96,430 |
| **Tax** | | | | |
| Total tax . . . . . . . . . . | | | | |
| **Payments** | | | | |
| Estimated taxes paid . . . . . | | | | |
| Total payments line 23e . . . . | | | | |
| **Results** | | | | |
| **Amount owed** . . . . . . . | | | | |
| **Overpayment** . . . . . . . | | | | |
| Applied to estimate . . . . . . | | | | |
| Refund . . . . . . . . . . . | | | | |

**SCHEDULE K - Shareholder's Share Items**

| Income | 2021 | 2022 | 2023 | DIFFERENCE |
|---|---|---|---|---|
| Ordinary business income (loss) . . . . | (49,257) | (60,608) | 35,822 | 96,430 |
| Net rental real estate income (loss) . . . | | | | |
| Other net rental income (loss) . . . . . | | | | |
| Interest income . . . . . . . . . . | | | | |
| Ordinary dividends . . . . . . . . . | | | | |
| Qualified dividends . . . . . . . . . | | | | |
| Royalties . . . . . . . . . . . . | | | | |
| Net short-term capital gain (loss) . . . | | | | |
| Net long-term capital gain (loss) . . . | | | | |
| Collectibles (28%) gain (loss) . . . . | | | | |
| Unrecaptured section 1250 gain . . . | | | | |
| Net section 1231 gain (loss) . . . . | | | | |
| Other income (loss) . . . . . . . . | | | | |

## 1120S TAX RETURN COMPARISON
### 2021 / 2022 / 2023
(This page is not filed with the return. It is for your records only.)

**2023**

Page 2

Name(s) as shown on return

Cookson's Transmission City

Identifying number
75-1578356

| Deductions | 2021 FEDERAL | 2022 FEDERAL | 2023 FEDERAL | DIFFERENCE BETWEEN 2022 & 2023 |
|---|---|---|---|---|
| Section 179 deduction . . . . . . . . | | | | |
| Contributions . . . . . . . . . . . . | | | | |
| Investment interest expense . . . . . | | | | |
| Section 59(e)(2) expenditures . . . . | | | | |
| Other deductions . . . . . . . . . . | | | | |
| **Credits** | | | | |
| Low-income housing credit (section 42(j)(5)) . . | | | | |
| Low-income housing credit (other) . . | | | | |
| Qualified rehabilitation expenditures (rental real estate) | | | | |
| Other rental real estate credits . . . . . | | | | |
| Other rental credits . . . . . . . . . | | | | |
| Credit for alcohol used as fuel . . . . . . | | | | |
| Other credits . . . . . . . . . . . | | | | |
| **Alternative Minimum Tax (AMT) items** | | | | |
| Post-1986 depreciation adjustment . . . . | | | | |
| Adjusted gain or loss . . . . . . . . . | | | | |
| Depletion . . . . . . . . . . . . . | | | | |
| Oil, gas, and geothermal properties - gross income | | | | |
| Oil, gas, and geothermal properties - deductions | | | | |
| Other AMT items . . . . . . . . . . | | | | |
| **Items Affecting Shareholder Basis** | | | | |
| Tax-exempt interest income . . . . . . | | | | |
| Other tax-exempt income . . . . . . . | | | | |
| Nondeductible expenses . . . . . . . | | | | |
| Property distributions . . . . . . . . . | | | | |
| Repayment of loans from shareholders . | | | | |
| Total foreign taxes paid or accrued . . | | | | |
| **Other information** | | | | |
| Investment income . . . . . . . . . . | | | | |
| Investment expenses . . . . . . . . . | | | | |
| Dividend distributions paid from accum earnings and profits | | | | |

| RESIDENT STATE | TX | TX | TX | |
|---|---|---|---|---|
| Taxable income . . . . . . . . . . . | | 235,301 | | (235,301) |
| Total tax . . . . . . . . . . . . | | 1,765 | | (1,765) |
| Overpayment . . . . . . . . . . . . | | | | |
| Balance due . . . . . . . . . . . . | | 1,765 | | (1,765) |

COMPARES.LD2

| 2021 | 2022 | 2023 | DIFFERENCE |
|---|---|---|---|

Client Copy

## 2024 TX05102 Filing Instructions
## Cookson's Transmission City

**Form filed:**

    TX05102 form is due.

**Filing method:**

    Your return will be e-filed, do not mail your return

**Due date:**

    05-15-2024

**Other instructions:**

    The return reflects neither a refund nor a balance due

TX2024   05-102
Ver. 15.0   (Rev.9-23/34)

## Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions

■ **Tcode** 13196

| Taxpayer number | Report year | Due date | You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 800-252-1381. |
|---|---|---|---|
| 17515783565 | 2024 | 05/15/2024 | |

Taxpayer name
Cookson's Transmission City

Mailing address
723 E Hwy 67            ☐ Check box if the mailing address has changed.

| City | State | ZIP code plus 4 | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|
| Duncanville | TX | 75137 | 0042417300 |

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
723 E Hwy 67 Duncanville TX 75137

Principal place of business
723 E Hwy 67 Duncanville TX 75137

You must report officer, director, member, general partner and manager information as of the date you complete this report.

**Please sign below!   This report must be signed to satisfy franchise tax requirements.**

1751578356524

### SECTION A    Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|
| Joey Carboni | Pres/Tr/Se | ☒ YES | | | | |

Mailing address
723 E Hwy 67         City Duncanville    State TX   ZIP Code 75137

| Name | Title | Director ☐ YES | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|

Mailing address         City    State    ZIP Code

| Name | Title | Director ☐ YES | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|

Mailing address         City    State    ZIP Code

### SECTION B    Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

### SECTION C    Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file (see instructions if you need to make changes)

Agent:                        You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title President | Date 09/15/2024 | Area code and phone number (972) 572-0628 |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|
| PM Date | | | |

Client Copy

1024