**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Cookson's Transmission City, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 25-33212 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $ **1,164,070.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................... $ **485,824.68**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................... $ **1,649,894.68**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................. $ **698,505.37**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ **403,889.19**

4. **Total liabilities** .................................................................................................................................
    Lines 2 + 3a + 3b                                                                                                                $ **1,102,394.56**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Cookson's Transmission City, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 25-33212 |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$65.00** |
| 2. | **Cash on hand** | | **$14,200.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Frost Bank** | Checking | 1939 | **$5,561.44** |
| 3.2. | **Frost Bank** | Checking | 8982 | **$1,663.87** |
| 3.3. | **Frost Bank** | Savings | 3412 | **$153.90** |
| 3.4. | **Wells Fargo** | Checking | 3350 | **$29.18** |
| 3.5. | **City Credit Union** | Checking | 7141 | **$193.00** |

Debtor **Cookson's Transmission City, Inc.**    Case number *(If known)* **25-33212**
Name

| | | | |
|---|---|---|---|
| 3.6. | **City Credit Union** | Savings | $291.38 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Credit card receipts of $16,740.07 due to Debtor held by credit card processor** | $16,740.07 |

5. **Total of Part 1.**    $38,897.84
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:    **36,303.51**    -    **27,113.51**    = ....    $9,190.00
                                  face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**    $9,190.00
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

| Debtor | Cookson's Transmission City, Inc. | | Case number (If known) | 25-33212 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| | Used Parts Inventory (Automatic): $15,000<br>Used Parts Inventory (Manual): $12,000<br>New Parts Inventory (Automatic): $15,000<br>New Parts Inventory (Manual): $25,000<br>New Transmission: $18,000<br>Reman Transmission: $34,000<br>Reman Torque Converters: $2,500<br>Transmission Core: $30,000<br>Torque Converters Core: $200 | | $0.00 | $151,700.00 |
| 20. | **Work in progress**<br>Work in progress (including parts and labor) | | $0.00 | $93,886.84 |
| 21. | **Finished goods, including goods held for resale** | | | |
| 22. | **Other inventory or supplies**<br>Shop Tools | | $0.00 | $15,500.00 |

23. **Total of Part 5.**                                                                                                $261,086.84

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| Debtor | Cookson's Transmission City, Inc. | Case number *(If known)* | 25-33212 |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Desk, filing cabinets, chairs, and other assorted office furniture | $0.00 | | $2,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computer, Copy Machines, Fax Machines | $0.00 | | $3,500.00 |
| | RO Writer Computer System: $6,500<br>Security Camera System: $1,000 | $0.00 | | $7,500.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.   Collectibles | $1,000.00 | | $1,000.00 |

| 43. | **Total of Part 7.** | | | $14,000.00 |
|---|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1.   **2021 Chevy Silverado**<br>VIN: 1GCPWCEDZMZ102606 | $0.00 | | $29,000.00 |
| | 47.2.   **2021 Chevy Silverado**<br>VIN: 1GCPWCED4MZ168087 | $0.00 | | $29,000.00 |

| Debtor | Cookson's Transmission City, Inc. | Case number (If known) | 25-33212 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.3. | Flatbed trailer - $2,500.00<br>Motorcycle trailer - $750.00<br>Car trailer - $8,500 | $0.00 | $11,750.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **Forklift**
    **2022 Viper**                                                                                   $0.00                         $18,000.00

| | | | |
|---|---|---|---|
| | Ingersol Rand Electric Air Compressors (3): $1,500<br>Metal Parts Buggies (20): $200<br>Dynamometer Diagnostic Machine (1): $1,200<br>Sun 500 E Dynamic Diagnostic Machine (1): $1,200<br>Snap On Scanner Diagnostic Machine (3); $2,200<br>Snap On All Data Computer (1): $250<br>Snap On Relay Tester (1): $300<br>Vertronix Master Tech Scanner (1): $850<br>Hone Machine (1): $200<br>Turnmaster Metal Lathe (3): $300<br>Electric Pallet Lift (2): $700<br>Metal Dumping Hopper (17): $13,600<br>Safety Klean Parts Washers (4): $350<br>Parts Washer Equipment (2): $1,600<br>Hydraulic Press (2): $350<br>Metal Shelving (75): $4,500<br>Wood Shelving (25): $1,000<br>Porta Cooler (3): $2,700<br>Work Tables (19): $3,000<br>Bobcat Welder (1): $900<br>Welder (2): $1,500<br>Challenger Heavy Duty Lift (4): $6,000<br>Challenger Light Duty Lift (14): $14,000 | $0.00 | $58,400.00 |

51. **Total of Part 8.**                                                                                                         $146,150.00

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.

Debtor   **Cookson's Transmission City, Inc.**               Case number (If known) **25-33212**
         Name

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Street address:**<br>**723 E. Hwy 67**<br>**Duncanville, Texas**<br>**75137**<br><br>**Legal description:**<br>**CARBONI COOKSON BLK E LT 2BR ACS 2.4243 VOL2004151/12768 DD07222004 CO-DC 0255500E2BR00 2202555000E** | Fee simple | $0.00 | Tax records | $731,870.00 |
| 55.2. **Street Address:**<br>**1218 Crestdell Drive**<br>**Duncanville, Texas**<br>**75137**<br><br>**Legal description:**<br>**CRESTVIEW BLK E LT 5B ACS 0.3679 VOL2004151/12768 DD07222004 CO-DC 0385000E05B00 2220385000E** | Fee simple | $0.00 | Tax records | $192,000.00 |
| 55.3. **Street address:**<br>**1207 Crestdell Drive**<br>**Duncanville, Texas**<br>**75137**<br><br>**Legal description:**<br>**CRESTVIEW BLK D LOT 4 100 X 244 VOL2004151/12768 DD07222004 CO-DC 0385000400400 22203850004** | Fee simple | $0.00 | Tax records | $97,600.00 |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 6

| Debtor | Cookson's Transmission City, Inc. | | Case number (If known) | 25-33212 |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.4. | **Street address:**<br>**1211 Crestdell Drive**<br>**Duncanville, Texas**<br>**75137**<br><br>**Legal description:**<br>**CRESTVIEW**<br>**BLK D LT 3 & N 10'**<br>**LOT 2**<br>**ACS 0.6395**<br>**VOL2004151/12768**<br>**DD07222004 CO-DC** | Fee simple | $0.00 | Tax records | $142,600.00 |

| 56. | **Total of Part 9.** | | | | $1,164,070.00 |
|---|---|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>Customer list | $0.00 | | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill**<br>Business goodwill | $0.00 | | Unknown |

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

| Debtor | Cookson's Transmission City, Inc. | Case number (If known) | 25-33212 |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☒ Yes Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **100 FT Flag Pole**                                                $16,500.00

78. **Total of Part 11.**                                               $16,500.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor **Cookson's Transmission City, Inc.**　　　　　　　　　　　　　Case number *(If known)* **25-33212**
　　　　　Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $38,897.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $9,190.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $261,086.84 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $146,150.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......> | | $1,164,070.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $16,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $485,824.68　+ 91b. | $1,164,070.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,649,894.68 |

**Fill in this information to identify the case:**

Debtor name: **Cookson's Transmission City, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **25-33212**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Dallas County Tax Office**<br>Creditor's Name<br><br>**500 Elm Street, Suite 3300**<br>**Dallas, TX 75202**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**2024**<br>Last 4 digits of account number<br>**0800**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Personal property**<br><br>Describe the lien<br>**Taxes**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,292.89** | **Unknown** |
| **2.2** **GM Financial**<br>Creditor's Name<br><br>**PO Box 650595**<br>**Dallas, TX 75265**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**3/11/21**<br>Last 4 digits of account number<br>**8478**<br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**2021 Chevy Silverado**<br>**VIN: 1GCPWCEDZMZ102606**<br><br>Describe the lien<br>**Purchase Money Security**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$16,788.76** | **$29,000.00** |

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3

| Debtor | Cookson's Transmission City, Inc. | Case number (if known) | 25-33212 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **GM Financial**
Creditor's Name

**PO Box 650595**
**Dallas, TX 75265**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/11/21**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Chevy Silverado**
**VIN: 1GCPWCED4MZ168087**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$19,308.24         $29,000.00

---

**2.4** **Hanmi Bank**
Creditor's Name

**3660 Wilshire Blvd., PH A**
**Los Angeles, CA 90010**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Forklift**
**2022 Viper**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,059.04         $18,000.00

---

**2.5** **Propel Tax**
Creditor's Name

**12672 Silicon Valley Drive, Suite 150**
**San Antonio, TX 78249**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**723 E. Hwy 67, Duncanville, TX**
**1207 Crestdell Drive, Duncanville, TX**
**1211 Crestdell Drive, Duncanville, TX**
**1218 Crestdell Drive, Duncanville, TX**

**Describe the lien**
**Deed of Trust**

$199,756.44         Unknown

---

| Debtor | **Cookson's Transmission City, Inc.** | Case number (if known) | **25-33212** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2024**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $446,300.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Certain personal property** | | |

**1545 Hawkins Blvd., Suite 202**
**El Paso, TX 79925**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021**

**Last 4 digits of account number**
**9103**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $698,505.37

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **U.S. Attorney's Office**<br>**Northern District of Texas**<br>**Attn: Civil Process Clerk**<br>**1100 Commerce St, Third Floor**<br>**Dallas, TX 75242** | Line **2.6** | |

**Fill in this information to identify the case:**

Debtor name: **Cookson's Transmission City, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **25-33212**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Special Procedures - Insolvency**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $0.00 | $0.00 |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Amazon**<br>**PO Box 81226**<br>**Seattle, WA 98108**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **5176** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ☒ No ☐ Yes | $3,032.42 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Cavalier**<br>**2964 Ruger Drive**<br>**Royse City, TX 75189**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ☒ No ☐ Yes | $157.06 |

| Debtor | Cookson's Transmission City, Inc. | Case number (if known) | 25-33212 |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** <br> **City of Duncanville** <br> 203 E. Wheatland Rd. <br> Duncanville, TX 75116 <br><br> Date(s) debt was incurred  **2/28/25** <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Annual Storm Water** <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** <br> **Home Depot Credit Services** <br> P.O. Box 9001010 <br> Louisville, KY 40290-1010 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | $5,079.39 |
| 3.5 | **Nonpriority creditor's name and mailing address** <br> **Joey Carboni** <br> 723 E. Hwy 67 <br> Duncanville, TX 75137 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Loan** <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | $152,008.06 |
| 3.6 | **Nonpriority creditor's name and mailing address** <br> **Louis Moore** <br> 315 Homestead Drive <br> Lancaster, TX 75146 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed <br><br> Basis for the claim:  **Lawsuit** <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | $22,287.00 |
| 3.7 | **Nonpriority creditor's name and mailing address** <br> **ODK Capital, LLC** <br> 4700 W. Daybreak Pkwy. <br> Suite 200 <br>   UT 84009 <br><br> Date(s) debt was incurred  **4/25/24** <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> Basis for the claim: __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | $29,733.30 |
| 3.8 | **Nonpriority creditor's name and mailing address** <br> **Performance Torque Converters** <br> 4110 S. Eden Road <br> Kennedale, TX 76060 <br><br> Date(s) debt was incurred  **2018** <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Consignment agreement** <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | $1,855.00 |
| 3.9 | **Nonpriority creditor's name and mailing address** <br> **Reginald Grant** <br> 445 E. FM 1382 Ste. 3 <br> Cedar Hill, TX 75104 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed <br><br> Basis for the claim:  **Lawsuit** <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | $53,964.00 |

| Debtor | **Cookson's Transmission City, Inc.** | Case number (if known) | **25-33212** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,772.96** |
| | **Sam's Club/Synchrony Bank**<br>**PO Box 740237**<br>**Atlanta, GA 30374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number  8876** | Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125,000.00** |
| | **The Fundworks, LLC**<br>**299 South Main Street, Suite 1300**<br>**PMB 93894**<br>**Salt Lake City, UT 84111** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred  12/3/24** | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Joshua Provost Law Office**<br>**25852 McBean Pkwy #801**<br>**Valencia, CA 91355** | Line  **3.11**<br><br>☐  Not listed. Explain ____ | __ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 403,889.19 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 403,889.19 |

**Fill in this information to identify the case:**

Debtor name: **Cookson's Transmission City, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **25-33212**

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest: **Commercial liability insurance policy** | |
| | State the term remaining: **July 18, 2026** | **XPT Specialty**<br>**4965 Preston Park Blvd.**<br>**Suite 650**<br>**Plano, TX 75024** |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Cookson's Transmission City, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **25-33212** |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*       *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Joey Carboni** | **723 E. Hwy 67** **Duncanville, TX 75137** | **U.S. Small Business Administration** | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.2 | **Joey Carboni** | **723 E. Hwy 67** **Duncanville, TX 75137** | **The Fundworks, LLC** | ☐ D ____ ■ E/F __3.11__ ☐ G ____ |
| 2.3 | **Joey Carboni** | **723 E. Hwy 67** **Duncanville, TX 75137** | **ODK Capital, LLC** | ☐ D ____ ■ E/F __3.7__ ☐ G ____ |
| 2.4 | **Joey Carboni** | **723 E. Hwy 67** **Duncanville, TX 75137** | **Hanmi Bank** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |

Official Form 206H    Schedule H: Your Codebtors    Page 1 of 1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cookson's Transmission City, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **25-33212** |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 4, 2025**     X **/s/ Joey Carboni**
Signature of individual signing on behalf of debtor

**Joey Carboni**
Printed name

**President**
Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors